UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAYALINDA BERNAL, on behalf of herself and all other similarly situated employees,<br><br>                Plaintiff,<br><br>v.<br><br>DAVITA INC., doing business as DAVITA SOLEDAD DIALYSIS; SOLEDAD DIALYSIS CENTER, LLC doing business as SOLEDAD DIALYSIS; MARIAH SILVA; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.: 12-CV-03255-LHK<br><br>**ORDER RE: STIPULATION RE: AUTHENTICITY AND BUSINESS RECORDS** |

As set forth in the parties' February 13, 2013 stipulation regarding the authenticity and business records status of certain documents, ECF No. 31, **IT IS SO ORDERED.**

Dated: February 15, 2013

_____
LUCY H. KOH
United States District Judge