UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAYALINDA BERNAL, on behalf of herself and all other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>DAVITA INC., doing business as DAVITA SOLEDAD DIALYSIS; SOLEDAD DIALYSIS CENTER, LLC doing business as SOLEDAD DIALYSIS; MARIAH SILVA; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 12-CV-03255-LHK<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

On April 24, 2013, Plaintiff's counsel filed a declaration requesting a conference under Federal Rule of Civil Procedure 16 or Federal Rule of Civil Procedure 37 to discuss issues relating to the depositions of certain witnesses. ECF No. 54. The Court will hold a Case Management Conference on Wednesday, May 1, 2013, at 2:00 p.m. to discuss these issues. The Court orders that the parties meet and confer to resolve these issues then file a joint statement about these issues not to exceed 5 pages by 3:00 p.m. on Tuesday, April 30, 2013.

**IT IS SO ORDERED.**

Dated: April 26, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-03255-LHK
ORDER SETTING CASE MANAGEMENT CONFERENCE