UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAYALINDA BERNAL, on behalf of herself and all other similarly situated employees,<br><br>                Plaintiff,<br><br>   v.<br><br>DAVITA INC., doing business as DAVITA SOLEDAD DIALYSIS; SOLEDAD DIALYSIS CENTER, LLC doing business as SOLEDAD DIALYSIS; MARIAH SILVA; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No.: 12-CV-03255-LHK<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE |

On April 26, 2013, this Court scheduled a Case Management Conference for Wednesday, May 1, 2013, at 2:00 p.m. to discuss issues relating to the depositions of certain witnesses. ECF No. 55. Today, April 30, 2013, the Court was informed that Magistrate Judge Paul S. Grewal, the Magistrate Judge assigned to this case, has agreed to meet with the parties to discuss these issues. This meeting is scheduled to take place today, at 5:15 p.m. Accordingly, the Court VACATES the Case Management Conference scheduled for Wednesday, May 1, 2013, at 2:00 p.m. The Case Management Conference scheduled for Wednesday, May 30, 2013, at 2:00 p.m. (*see* ECF No. 30) remains as set.

**IT IS SO ORDERED.**

Dated: April 30, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-03255-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE