UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAYALINDA BERNAL, on behalf of herself and all other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>DAVITA INC., doing business as DAVITA SOLEDAD DIALYSIS; SOLEDAD DIALYSIS CENTER, LLC doing business as SOLEDAD DIALYSIS; MARIAH SILVA; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 12-CV-03255-LHK<br><br>ORDER TO WITHDRAW MOTION |

On May 21, 2013, the parties filed a notice stating that the parties have reached a settlement in this case. ECF No. 85. Plaintiff shall file a withdrawal of her Motion for Class Certification by noon on May 29, 2013.

**IT IS SO ORDERED.**

Dated: May 28, 2013

_____
LUCY H. KOH
United States District Judge