1

2

3

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAYALINDA BERNAL, on behalf of herself and all other similarly situated employees, | Case No.: 12-CV-03255-LHK |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| DAVITA INC., doing business as DAVITA SOLEDAD DIALYSIS; SOLEDAD DIALYSIS CENTER, LLC doing business as SOLEDAD DIALYSIS; MARIAH SILVA; and DOES 1 through 50, inclusive, | |
| Defendants. | |

On May 21, 2013, the parties filed a notice stating that the parties have reached a settlement in this case. ECF No. 85. On May 28, 2013, Plaintiff withdrew her Motion for Class Certification. ECF No. 87. Accordingly, the hearing on the Motion for Class Certification set for May 30, 2013 is VACATED. The Court CONTINUES the Case Management Conference scheduled for the same date to July 17, 2013, at 2:00 p.m. The parties shall file their Stipulation of Dismissal by June 28, 2013.

**IT IS SO ORDERED.**

Dated: May 29, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-03255-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE