**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAYALINDA BERNAL, on behalf of herself and all other similarly situated employees,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVITA INC., doing business as DAVITA SOLEDAD DIALYSIS; SOLEDAD DIALYSIS CENTER, LLC doing business as SOLEDAD DIALYSIS; MARIAH SILVA; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 12-CV-03255-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On May 21, 2013, the parties filed a notice stating that the parties have reached a settlement in this case. ECF No. 85. On May 28, 2013, Plaintiff withdrew her Motion for Class Certification. ECF No. 87. Accordingly, the hearing on the Motion for Class Certification set for May 30, 2013 is VACATED. The Court CONTINUES the Case Management Conference scheduled for the same date to July 17, 2013, at 2:00 p.m. The parties shall file their Stipulation of Dismissal by June 28, 2013.

**IT IS SO ORDERED.**

Dated: May 29, 2013

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 12-CV-03255-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE