1

2

3

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MAYALINDA BERNAL, on behalf of herself and all other similarly situated employees, | ) ) ) | Case No.: 12-CV-03255-LHK |
| Plaintiff, | ) ) | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| DAVITA INC., doing business as DAVITA SOLEDAD DIALYSIS; SOLEDAD DIALYSIS CENTER, LLC doing business as SOLEDAD DIALYSIS; MARIAH SILVA; and DOES 1 through 50, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

11

12

13

14

15

16

17

18

19    The Court hereby relieves the parties of their obligation to file a Stipulation of Dismissal by

20   June 28, 2013.  Rather, the Court ORDERS that the parties file a Motion for Preliminary Approval

21   of the Class Action Settlement by July 19, 2013.  The Case Management Conference scheduled for

22   July 17, 2013 is CONTINUED to July 31, 2013.

23   **IT IS SO ORDERED.**

24   Dated: May 30, 2013

25   LUCY H. KOH
     United States District Judge

26

27

28

Case No.: 12-CV-03255-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE