UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAYALINDA BERNAL, on behalf of herself and all other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>DAVITA INC., doing business as DAVITA SOLEDAD DIALYSIS; SOLEDAD DIALYSIS CENTER, LLC doing business as SOLEDAD DIALYSIS; MARIAH SILVA; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 12-CV-03255-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court hereby relieves the parties of their obligation to file a Stipulation of Dismissal by June 28, 2013. Rather, the Court ORDERS that the parties file a Motion for Preliminary Approval of the Class Action Settlement by July 19, 2013. The Case Management Conference scheduled for July 17, 2013 is CONTINUED to July 31, 2013.

**IT IS SO ORDERED.**

Dated: May 30, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge