UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAYALINDA BERNAL, on behalf of herself and all other similarly situated employees,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVITA INC., doing business as DAVITA SOLEDAD DIALYSIS; SOLEDAD DIALYSIS CENTER, LLC doing business as SOLEDAD DIALYSIS; MARIAH SILVA; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 12-CV-03255-LHK<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES |

Pursuant to the parties' stipulation, *see* ECF No. 93, this case is hereby referred to a Magistrate Judge Paul S. Grewal for all purposes including trial and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: August 1, 2013

                                                _____
                                                LUCY H. KOH
                                                United States District Judge