Bernard James Fitzpatrick (SBN 129056)
Bjfitzpatrick@fandslegal.com
Charles Swanston (SBN 181882)
Cswanston@fandslegal.com
Fitzpatrick Spini & Swanston
555 S. Main Street
Salinas, CA 93901
Telephone:  (831) 755-1311
Facsimile:  (831) 755-1319

Patrick Darryn Toole (SBN 190118)
Ptoole@wjhattorneys.com
John Patrick Kinsey (SBN 215916)
Jkinsey@wjhattorneys.com
Wanger Jones Helsley PC
265 E. River Park Circle, Ste. 310
Fresno, CA 93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Shooka Moallem (SBN 259106)
Shooka.Moallem@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Ste. 450
Los Angeles, CA 90067
Telephone:  (310) 556-4811
Facsimile:  (310) 943-0396

Attorneys for Plaintiff Mayalinda Bernal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYALINDA BERNAL, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DAVITA, INC., doing business as DAVITA SOLEDAD DIALYSIS; SOLEDAD DIALYSIS CENTER, LLC doing business as SOLEDAD DIALYSIS; MARIAH SILVA; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. CV-12-3255 ~~LHK~~ (PSG)<br><br>Assigned for All Purposes to the Honorable ~~Lucy H. Koh~~ Paul S. Grewal<br><br>**~~[PROPOSED]~~ ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    September 3, 2013<br>Time:    10:00 a.m.<br>Place:   Courtroom 5 |

# ORDER

Having considered the Joint Stipulation of Settlement and Release ("Settlement Agreement" or "Settlement") and all of the legal authorities and documents submitted in support thereof and **GOOD CAUSE** appearing, **IT IS HEREBY ORDERED** that the Motion for Preliminary Approval of Class Arbitration Settlement is **GRANTED**, subject to the following findings and orders:

1. This Order incorporates by reference the definitions in the Settlement Agreement, and all terms defined therein shall have the same meaning as set forth in the Settlement Agreement.

2. The Settlement Class shall be certified for settlement purposes only and shall consist of all persons employed in California in the position of Patient Care Technician or Reuse Technician at any time from April 6, 2008, through the date of Preliminary Approval of the Settlement by the Court.

3. The settlement set forth in the Settlement Agreement, entered into among the parties and their counsel, is preliminarily approved as it appears to be proper, to fall within the range of reasonableness, to be the product of arm's-length and informed negotiations, to treat all Class Members fairly, and to be presumptively valid, subject only to any objections that may be raised at the Final Approval hearing.

4. The Court preliminarily approves the Class Settlement Amount of $3,400,000 (inclusive of payments to Participating Class Members, Class Counsel's attorneys' fees and costs, the Labor PAGA Payment, Settlement Administration Costs, and the Class Representative Enhancement Payments).

5. The Court approves, as to form and content, the proposed Notice of Class Action Settlement ("Class Notice").

6. The Court directs the mailing, by First-Class U.S. mail, of the Class Notice to Class Members in accordance with the schedule set forth below. The

Court finds that the method selected for communicating the class action Settlement to Class Members is the best notice practicable under the circumstances, constitutes due and sufficient notice to all persons entitled to notice, and thereby satisfies due process.

7. Mayalinda Bernal and Diabanza Lusakiovo are suitable class representatives and are appointed Class Representatives for the Settlement Class.

8. The Court appoints Fitzpatrick, Spini & Swanston, Wanger Jones Helsey PC; and Capstone Law APC as Class Counsel. The Court finds that Class Counsel have demonstrable experience litigating, certifying, and settling wage and hour class actions, and will serve as adequate counsel for the Settlement Class.

9. The Court approves and appoints Gilardi & Co., Inc. as the claims administrator.

10. If, for any reason, the Settlement Agreement is not finally approved or does not become effective, this Order Granting Preliminary Approval shall be deemed vacated and shall have no force or effect whatsoever, and the Actions shall proceed as if no settlement had been attempted.

11. The following dates shall govern for the purposes of this Settlement:

| Schedule for Execution of Settlement | |
| --- | --- |
| Not more than 20 business days after the Court grants Preliminary Approval | Last day for Defendants to produce the Class List to the Claims Administrator and Class Counsel |
| Not more than 14 calendar days after the Claims Administrator receives the Class List | Last day for Claims Administrator to mail Class Notices to all Class Members |
| Not more than 38 calendar days after the Claims Administrator mails Class Notices to Settlement Class Members | Last day for Plaintiff to file her Motion for Attorneys' Fees and Litigation Expenses |
| Not more than 60 calendar days after Claims Administrator mails Class Notices to all Class Members | Last Day for Class Members to submit requests for exclusion or objections to the settlement ("Response Period Deadline") |

| | |
|---|---|
| Not more than 14 calendar days after the Response Period Deadline | Plaintiff files the Motion for Final Approval of Class Action Settlement |
| ~~January 9, 2014 at 1:30 p.m.~~<br>January 14, 2014 at 10:00 a.m. | Hearing on Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Litigation Expenses |

**IT IS SO ORDERED.**

Dated: September 3, 2013

_____
Hon. Paul S. Grewal
United States Magistrate Judge